IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **GARLAND MCGHEE,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v.  : | CASE NO. 7:04-CV-101 (HL) |
| : | |
| **JO ANNE B. BARNHART,** : | |
| **Commissioner of Social Security,** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 21) filed December 16, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation withing the time allowed.

**SO ORDERED,** this the 8th day of January, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**